## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01106-NRN

---

MIGHTY ARGO CABLE CAR, LLC,
a Colorado limited liability company,

        Plaintiff,

v.

TRIVECTA CAPITAL GROUP, INC., ARGO MILL SL LLC,
FIRST TITLE, INC., and SANDRA BACON, an individual

        Defendants.

---

### UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO MODIFY ORDER SETTING SCHEDULING/PLANNING CONFERENCE

---

Defendants TriVecta Capital Group, Inc. and Argo Mill SL LLC (the "**TriVecta Defendants**"), respectfully submit this Unopposed Motion for Extension of Time to Respond to Complaint and to Modify Order Setting Scheduling/Planning Conference. In support of this Motion, the TriVecta Defendants state as follows:

1. Pursuant to D.C.Colo.LCivR 7.1(a), undersigned conferred with Anthony L. Leffert, counsel for the Plaintiff, Mighty Argo Cable Car, LLC ("**Mighty Argo**"), on May 19, 2021 regarding the subject matter of this Motion. The Plaintiff does not oppose the extension sought by the TriVecta Defendants. Furthermore, the Plaintiff agrees that the Court's April 22, 2021 Order Setting Scheduling/Planning Conference (the "**Scheduling Conference Order**") will need to be modified to accommodate the requested extension.

2. Mighty Argo filed this lawsuit on April 21, 2021.

3. The following day, April 22, 2021, the Court entered its Scheduling Conference Order. And the Scheduling Conference Order established several important deadlines:

　　a. May 25, 2021—Deadline to complete Rule 26(f) conference (i.e., 21 days prior to the June 15 Scheduling Planning Conference).

　　b. June 1, 2021—Deadline to file the Consent/Non-Consent Form;

　　c. June 15, 2021—Scheduling Planning Conference at 9:30 a.m.

4. The TriVecta Defendants were served with the Summons, Complaint and Scheduling Conference Order on May 3, 2021. Thus, the TriVecta Defendants have until May 24, 2021 to file their response to the Complaint.

5. The undersigned counsel for the TriVecta Defendants was retained on May 20, 2021.

6. There are two factors that necessitate an extension of time for the TriVecta Defendants to respond to the Complaint. First, because counsel was only recently retained, more time is needed to investigate the underlying facts, evaluate potential defenses and to advise the TriVecta Defendants regarding their rights. Second, counsel for the TriVecta Defendants will be out of the office (for a planned family vacation) from May 28 through June 8, 2021.

7. For these reasons, the TriVecta Defendants request—and Mighty Argo does not oppose—a three-week extension of the current response deadline, i.e., from May 24 to June 14, 2021.

8. Because the extension of time sought by this Motion would conflict with the deadlines established under the Court's Scheduling Conference Order, the TriVecta Defendants respectfully request that those deadlines also be extended by three weeks. The Scheduling Planning

Conference would need to be set at a date and time when the Court is available. But, assuming the Court can accommodate, the new deadlines would be as follows:

a. June 14, 2021—The TriVecta Defendant's deadline to respond to the Complaint;

b. June 15, 2021—Deadline for Rule 26(f) conference;

c. June 22, 2021—Deadline to file Consent/Non-Consent Form;

d. July 6, 2021—Scheduling Planning Conference (at a time to be set by the Court).

9. The brief extension sought by the TriVecta Defendants will not result in prejudice to the other parties. This is the first request to extend the TriVecta Defendants' deadline. And this Motion is not made for the purpose of unnecessary delay or harassment.

WHEREFORE, the TriVecta Defendants respectfully request a three-week extension of time, up to and including June 14, 2021, within which to respond to Mighty Argo's Complaint. And the TriVecta Defendants further request that the Court modify the Scheduling Conference Order to accommodate this extension.

Respectfully submitted this 20th day of May, 2021.

*/s/ Daniel W. Glasser*
Daniel W. Glasser, #37716
CHIPMAN GLASSER, LLC
2000 S. Colorado Blvd.
Tower One, Suite 7500
Denver, CO 80222
Phone Number: (303) 578-5780
Fax Number: (303) 578-5790
dglasser@chipmanglasser.com

**Attorney for Defendants TriVecta Capital Group, Inc. and Argo Mill SL LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 20th day of May, 2021, I electronically filed the foregoing **UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO MODIFY ORDER SETTING SCHEDULING/PLANNING CONFERENCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing.

      */s/ Ethan Seid*_____
      Ethan Seid, Paralegal