IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  21-cv-01106-NRN

MIGHTY ARGO CABLE CAR, LLC, a Colorado limited liability company,

Plaintiff,

v.

TRIVECTA CAPITAL GROUP, INC.; ARGO MILL SL LLC; FIRST TITLE, INC.; and SANDRA BACON, an individual,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is HEREBY ORDERED that the Unopposed Motion to Extend Time to Respond to Complaint and to Modify Order Setting Scheduling/Planning Conference, Dkt. #9, is GRANTED.

Typically, an answer need not be filed in order for a Scheduling Conference to be held. Nevertheless, given that counsel will be traveling, the Court finds good cause to extend the deadline to respond to the Complaint and re-set the Scheduling/Planning Conference.

Accordingly, it is FURTHER ORDERED that the deadline for TriVecta Defendants to respond to the Complaint is extended to June 14, 2021 and the Scheduling/Planning Conference on June 15, 2021 at 9:30 a.m. is VACATED and RESET to **July 6, 2021 at 9:30 a.m.**

It is FURTHER ORDERED that the deadline for the parties to file the Consent/Non-Consent form is extended to June 22, 2021.

Date: May 21, 2021