| | |
|---|---|
| **DISTRICT COURT, COUNTY OF ARAPAHOE, STATE OF COLORADO**<br>Arapahoe County Justice Center<br>7325 South Potomac Street<br>Centennial, Colorado 80112<br>(303) 649-6302 | |
| PLAINTIFF:<br><br>**LANEA BYNUM,**<br><br>v.<br><br>DEFENDANTS:<br><br>**MISSION ROCK RESIDENTIAL LLC, doing business as RESERVE AT SOUTH CREEK APARTMENTS.** | ▲ **COURT USE ONLY** ▲<br>Case Number: 2020CV31469<br>Div.: |
| Daniel M. Fowler, Reg. No. 6357<br>Fowler, Schimberg, Flanagan & McLetchie, P.C.<br>350 Indiana St., Suite 850<br>Golden, Colorado 80401<br>Telephone: (303) 298-8603<br>Telefax: (720) 799-2177<br>Email:  d_fowler@fsf-law.com<br>*Attorneys for Defendants American Landscape Maintenance Co., Inc.* | |
| **ENTRY OF APPEARANCE** | |

Daniel M. Fowler of Fowler, Schimberg, Flanagan & McLetchie, P.C., hereby enters his appearance for Defendants, American Landscape Maintenance Co., Inc.

Respectfully submitted this 11th day of June, 2021.

                                                 FOWLER, SCHIMBERG, FLANAGAN & MCLETCHIE, P.C.

                                                 By: */s/Daniel M. Fowler*
                                                 Daniel M. Fowler, Reg. No. 6357
                                                 *Attorneys for Defendants Buckingham Village, LLC, a.k.a. Buckingham West Company, LLP, d/b/a Westar Management Corp.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of June, 2021, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was filed and served via Colorado Courts E-Filing upon all counsel of record.

By: */s/Erin Prall*