IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-CV-01106-NRN

MIGHTY ARGO CABLE CAR, LLC,
a Colorado limited liability company,

Plaintiff,

v.

TRIVECTA CAPITAL GROUP, INC., ARGO MILL SL LLC,
FIRST TITLE, INC., and SANDRA BACON, an individual,

Defendants.

## NOTICE OF ENTRY OF APPEARANCE OF BRIAN E. WIDMANN

Brian E. Widmann, of Fowler, Schimberg, Flanagan & McLetchie, P.C., hereby enters his appearance as counsel for Defendants First Title, Inc., and Sandra Bacon.

Respectfully submitted this 14th day of June, 2021.

> /s/ Brian E. Widmann
> Brian E. Widmann
> Fowler, Schimberg, Flanagan & McLetchie, P.C.
> 350 Indiana Street, Suite 850
> Golden, CO 80401
> (303) 298-8603
> Fax: (303) 298-8748
> b_widmann@fsf-law.com
> *Attorneys for Defendants First Title, Inc., and Sandra Bacon*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of June, 2021, I caused a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE OF BRIAN E. WIDMANN** to be served via the CM/ECF e-filing system upon each of the following:

Anthony L. Leffert
Robinson Waters & O'Dorisio PC
1099 18th Street
Granite Tower
Suite 2600
Denver, CO 80202-1937
303-297-2600
Fax: 303-297-2750
Email: aleffert@rwolaw.com
*Counsel for Plaintiff Mighty Argo Cable Car, LLC*

Daniel William Glasser
Chipman Glasser, LLC
2000 South Colorado Boulevard
Tower One
Suite 7500
Denver, CO 80222
303-578-5780
Fax: 303-578-5790
Email: dglasser@chipmanglasser.com
*Counsel for Defendant Trivecta Capital Group, Inc. and Argo Mill SL, LLC*

                                                  */s/Erin Prall*
                                                  Erin Prall