**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-01106-NRN

---

MIGHTY ARGO CABLE CAR, LLC,
a Colorado limited liability company,

        Plaintiff,

v.

TRIVECTA CAPITAL GROUP, INC., ARGO MILL SL LLC,
FIRST TITLE, INC., and SANDRA BACON, an individual

        Defendants.

---

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Trivecta Capital Group, Inc. and Argo Mill SL LLC, by and through its undersigned attorneys, state:

Argo Mill SL LLC is an affiliate of Trivecta Capital Group, Inc.

Neither Trivecta Capital Group, Inc. nor Argo Mill SL LLC is a publicly traded company, and there is no corporate parent, affiliate, or subsidiary that is publicly traded. There is no parent corporation or publicly held corporation owning 10% or more of the stock of either Trivecta Capital Group, Inc. or Argo Mill SL LLC.

Respectfully submitted this 14 day of June, 2021.

                                              */s/ Daniel W. Glasser*
                                              Daniel W. Glasser, No. 23040
                                              Baron (Barry) C. Bartel, No. 23040

2

CHIPMAN GLASSER, LLC
2000 S. Colorado Blvd.
Tower One, Suite 7500
Denver, CO 80222
Phone Number: (303) 578-5780
Fax Number: (303) 578-5790
dglasser@chipmanglasser.com

**Attorney for Defendants TriVecta Capital Group, Inc. and Argo Mill SL LLC**

## CERTIFICATE OF SERVICE

       I hereby certify that on this 14 day of June, 2021, I electronically filed the foregoing **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing.

**ROBINSON WATERS & O'DORISIO, P.C.**
Anthony L. Leffert, No. 12375
1099 18th Street, Suite 2600
Denver, CO 80202
(303) 297-2600
(303) 297-2750


                                            */s/ Vanessa Roman*
                                            Vanessa Roman, Paralegal