# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01106-RBJ

MIGHTY ARGO CABLE CAR, LLC,
a Colorado limited liability company

        Plaintiff,

v.

TRIVECTA CAPITAL GROUP, INC.; ARGO MILL SL LLC;
FIRST TITLE, INC.; and SANDRA BACON, an individual.

        Defendants.

## PLAINTIFF MIGHTY ARGO CABLE CAR, LLC'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT TO ADD AN ADDITIONAL DEFENDANT

Plaintiff Mighty Argo Cable Car, LLC ("Mighty Argo") by and through counsel, Anthony L. Leffert of Robinson Waters & O'Dorisio, P.C., hereby moves this Court to enter an order pursuant to Fed. R. Civ. P. 15 to allow the Plaintiff to file a First Amended Complaint to add an additional Defendant and states and alleges the following:

### CERTIFICATE OF CONFERRAL

Undersigned counsel certifies that pursuant to D.C.COLO.LCivR. 7.1(a), he has conferred with counsel for the Defendants, who do not oppose the amendment of Mighty Argo's Complaint to add Defendant Chrisheena Shante McGee a.k.a. Christina Marius.

### MOTION FOR LEAVE TO AMEND

The Court should grant leave to amend "freely . . . when justice so requires." Fed. R. Civ. P. 15(a)(2). "Amendments are generally allowed except where well-defined exceptions apply. The most notable exceptions include a showing of undue delay, undue prejudice (to the opposing

party), or futility." *Steinert v. Mt. States Mut. Cas. Co*., No. 07-cv-01454-REB-MJW, 2008 U.S. Dist. LEXIS 75189, at *2 (D. Colo. Sep. 11, 2008). None of these exceptions apply here.

The Plaintiff's Verified Complaint (the "Complaint") was filed on April 21, 2021 and to date the First Title Defendants have yet to Answer Plaintiff's Complaint, receiving an Order from the Court granting them an extension to respond to the Complaint no later than June 29, 2021 while the TriVecta Defendants only recently filed their Answer to the Complaint on June 14, 2021 (Doc. 13). Accordingly, the Parties have not yet begun discovery and a Scheduling Order has not entered.

There was no delay in the filing of this amendment and Defendants suffer no prejudice by this amendment. "Courts typically find prejudice only when the [proposed] amendment unfairly affects the [Defendant] in terms of preparing [its] defense to [claims asserted in the] amendment." *Minter v. Prime Equip. Co*., 451 F.2=3d 1196, 1207 (10th Cir. 2006). Here, Defendants have ample time to prepare for their case.

Pursuant Fed. R. Civ. P. 15 Plaintiff seeks an order of this Court allowing the First Amended Verified Complaint to add Defendant Chrisheena Shante McGee a.k.a. Christina Marius specifically to its sixth claim for relief, Intentional Fraud and Fraudulent Concealment.

Attached hereto is Mighty Argo's proposed redlined First Amended Verified Complaint and a clean version of the same, as required by D.C.COLO.LCivR 15.1(b).

**WHEREFORE**, Plaintiff prays this Honorable Court will enter an Order granting its Motion for Leave to Amend the Verified Complaint and accept for filing the First Amended Verified Complaint, and for such other and further relief as this Court shall deem just and proper.

Respectfully submitted this 30th of June, 2021.

**ROBINSON WATERS & O'DORISIO, P.C.**

*/s/Anthony L. Leffert*
Anthony L. Leffert, #12375

                Samuel G. John, #55680
                1099 18th Street, Suite 2600
                Denver, CO 80202
                (303) 297-2600
                (303) 297-2750 (f)
                aleffert@rwolaw.com
                sjohn@rwolaw.com
                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of June, 2021, a true and correct copy of Plaintiff Unopposed Motion for Leave to Amend Complaint, Exhibit 1 - (Redlined) First Amended Verified Complaint, and Exhibit 2 - (Clean) First Amended Verified Complaint was delivered via CM/ECF, addressed to the following:

**CHIPMAN GLASSER, LLC**
Daniel W. Glasser
Barry C. Bartel
2000 S. Colorado Blvd.
Tower One, Suite 7500
Denver, Colorado 80222
dglasser@chipmanglasser.com
bbartel@chipmanglasser.com
*Attorneys for Trivecta Capital Group, Inc. and Argo Mill SL LLC*


**FOWLER, SCHIMBERG, FLANAGAN & MCLETCHIE, P.C.**
Brian E. Widmann
350 Indiana Street, Suite 850
Golden, CO 80401
b_widmann@fsf-law.com
*Attorney for First Title, Inc. and Sandra Bacon*


                */s/ Nina Olson*
                Nina Olson, Paralegal