IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21 – CV – 01106 – RBJ

| | |
|---|---|
| MIGHTY ARGO CABLE CAR, LLC <br> A Colorado Limited Liability Company <br><br> Plaintiff, <br><br> v. <br><br> TRIVECTA CAPITAL GROUP, INC. <br> ARGO MILL SL, LLC, FIRST TITLE, INC., <br> and SANDRA BACON, an individual; <br> CHRISHEENA SHANTE MCGEEE a.k.a. <br> CHRISTINA MARIUS, an individual. <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

## **DEFENDANTS' NOTICE OF ENTRY OF APPEARANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, First Title, Inc., Sandra Bacon, and Chrisheena Shante McGee a.k.a. Christina Marius as Defendants and file this Notice of Entry of Appearance. Plaintiff is Mighty Argo Cable Car, LLC. The remaining Defendants are Trivecta Capital Group, Inc. and Argo Mill SL, LLC.

1. Defendants First Title, Inc., Sandra Bacon, and Chrisheena Shante McGee a.k.a. Christina Marius hereby designate Derek H. Deyon of The Deyon Law Group, PLLC as their Attorney in Charge. Going forward, please serve all pleadings, motions, and other papers on this attorney using the identifying information below.

1

RESPECTFULLY SUBMITTED,

THE DEYON LAW GROUP, P.L.L.C.

/s/*Derek H. Deyon*

_____
DEREK H. DEYON
Texas State Bar Number: 24075862
Admitted Into The District of Colorado
440 Louisiana Street, Suite 900
Houston, Texas 77002
(346) 229 – 0106
(346) 202 – 0230 Fax
ddeyon@deyonlawgroup.com
Attorney in Charge for Defendants
First Title, Inc., Sandra Bacon, and
Chrisheena Shante McGee a.k.a. Christina Marius

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2021 a true and correct copy of the foregoing document was served on all counsel of record through this court's ECF's Notice of Electronic Filing on a known user and/or via regular U.S. mail.

/s/*Derek H. Deyon*

_____
DEREK H. DEYON

2