IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  21-cv-01106-RMR-NRN

MIGHTY ARGO CABLE CAR, LLC, a Colorado limited liability company,

Plaintiff,

v.

TRIVECTA CAPITAL GROUP, INC.; ARGO MILL SL LLC; FIRST TITLE, INC.;
and SANDRA BACON, an individual; CHRISHEENA SHANTE McGEE a.k.a.
CHRISTINA MARIUS, an individual;

Defendants.

MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

        It is hereby ORDERED that Plaintiff's Unopposed Motion to Amend the
Scheduling Order to Extend Deadlines to Amend Pleadings and Join Parties (Dkt. #41)
is GRANTED. The deadline to amend pleadings and add parties is extended to and
including March 15, 2022.

Date: November 1, 2021