IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  21-cv-01106-RMR-NRN

MIGHTY ARGO CABLE CAR, LLC, a Colorado limited liability company,

Plaintiff,

v.

TRIVECTA CAPITAL GROUP, INC.; ARGO MILL SL LLC; FIRST TITLE, INC.; and SANDRA BACON, an individual; CHRISHEENA SHANTE McGEE a.k.a. CHRISTINA MARIUS, an individual;

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    It is hereby ORDERED that the Motion for Protective Order (Dkt. #47) is GRANTED. The proposed Protective Order (Dkt. #47-1) is APPROVED with the changes at pages 1 and 3–4.

    The parties are advised that the proposed Protective Order does not include the proposed language provided by the TriVecta Defendants. The TriVecta Defendants may use the usual tools of discovery, including motions to quash subpoenas or for protective orders, if they believe Plaintiff's discovery exceeds the scope of what is permissible under the Federal Rules of Civil Procedure.

Date: December 6, 2021