IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  21-cv-01106-RMR-NRN

MIGHTY ARGO CABLE CAR, LLC, a Colorado limited liability company,

Plaintiff,

v.

TRIVECTA CAPITAL GROUP, INC.; ARGO MILL SL LLC; FIRST TITLE, INC.; and SANDRA BACON, an individual; CHRISHEENA SHANTE McGEE a.k.a. CHRISTINA MARIUS, an individual;

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     Per the request of the parties, it is hereby ORDERED that a telephonic Discovery Hearing is set on January 7, 2022 at 10:00 a.m. The parties are directed to prepare and email to Chambers, Neureiter_Chambers@cod.uscourts.gov, a short (no longer than ten pages) joint statement setting forth each side's respective position concerning the dispute by January 5, 2022. The parties are advised that the joint statement will be attached to the courtroom minutes and made a part of the record.

     The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time.

Date: December 13, 2021