IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 21-cv-01106-RMR-NRN | Date: February 9, 2022 |
| Courtroom Deputy: Román Villa | FTR:  Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| MIGHTY ARGO CABLE CAR, LLC, a Colorado limited liability company, | Nicholas Labor |
| Plaintiff, | |
| v. | |
| TRIVECTA CAPITAL GROUP, INC.; ARGO MILL SL LLC; FIRST TITLE, INC.; and SANDRA BACON, an individual; CHRISHEENA SHANTE McGEE a.k.a. CHRISTINA MARIUS, an individual, | Daniel Glasser  Derek Deyon |
| Defendants. | |

## COURTROOM MINUTES

**TELEPHONIC STATUS CONFERENCE**

**10:37 a.m.**   **Court in session.**

Court calls case. Appearances of counsel.

Preliminary remarks by the Court.

Status of the case is discussed.

**10:43 a.m.**   **Court in recess.**

Hearing concluded.
Total in-court time:   00:06

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.