**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-01106-RMR-NRN

MIGHTY ARGO CABLE CAR, LLC,
a Colorado limited liability company,

        Plaintiff,

v.

TRIVECTA CAPITAL GROUP, INC., ARGO MILL SL LLC,
FIRST TITLE, INC., and SANDRA BACON, an individual; CHRISHEENA SHANTE McGEE a.k.a Christina Marius, an individual.

        Defendants.

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Chipman Glasser, LLC including attorneys Daniel W. Glasser and Barry C. Bartel (together, "**Defendants' Counsel**"), hereby move pursuant to D.C.COLO.LAttyR 5(b) withdraw as counsel of record for Defendants Trivecta Capital Group, Inc. ("**Trivecta**") and Argo Mill SL LLC ("**Argo Mill**"), stating as follows.

1. *Conferral required by D.C.COLO.LCivR 7.1.* Defendants' Counsel conferred with counsel for Plaintiff about the relief requested herein, and Plaintiff's counsel indicated that he does not oppose this Motion to Withdraw. Counsel for the other defendants, Derek Deyon, indicated that his clients are likewise unopposed.

2. Good cause exists for the withdrawal of Defendants' Counsel pursuant to Colo. RPC 1.16(b), (c) and D.C.COLO.LAttyR 2(a). Trivecta and Argo Mill have failed substantially to fulfill an obligation to Defendants' Counsel and had been given a reasonable warning that

Defendants' Counsel would withdraw unless the obligation is fulfilled. Further, continued representation of Trivecta and Argo Mill will result in an unreasonable financial burden on Defendants' Counsel.

    3.    Defendants' Counsel hereby provides the following notices to Trivecta and Argo Mill:

    a. Trivecta and Argo Mill are hereby warned that they are responsible for complying with all court orders and time limitations established by applicable statutes and rules.

    b. Because Trivecta and Argo Mill are business entities, they may not appear without counsel admitted to the bar of the United States District Court for the District of Colorado, and absent prompt appearance of substitute counsel, pleadings and papers may be stricken, and default judgment or other sanctions may be imposed against Trivecta and Argo Mill.

WHEREFORE, Chipman Glasser, LLC, including attorneys Daniel W. Glasser and Barry C. Bartel respectfully request that the Court grant the Motion to Withdraw as Counsel of Record.

Dated: March 16, 2022.

    */s/ Barry C. Bartel*
Daniel W. Glasser, #37716
Baron (Barry) C. Bartel, #23040
CHIPMAN GLASSER, LLC
2000 S. Colorado Blvd.
Tower One, Suite 7500
Denver, CO 80222
Phone Number: (303) 578-5780
Fax Number: (303) 578-5790
dglasser@chipmanglasser.com
**Attorneys for Defendants TriVecta Capital Group, Inc. and Argo Mill SL LLC**

## CERTIFICATE OF SERVICE

  I hereby certify that on this 16th day of March, 2022, I electronically filed the foregoing **MOTION TO WITHDRAW AS COUNSEL OF RECORD** with the Clerk of Court using the CM/ECF system and a copy was provided via the method listed below:

**ROBINSON WATERS & O'DORISIO, P.C. (Via CM/ECF)**
Anthony L. Leffert, No. 12375
Nicholas F. Labor, No. 48687
1099 18th Street, Suite 2600
Denver, CO 80202
(303) 297-2600
(303) 297-2750

**THE DEYON LAW GROUP, P.L.L.C. (Via CM/ECF)**
Derek H. Deyon, No. 24075862
Brian E. Widmann
440 Louisiana Street, Suite 900
Houston, TX 77002
(346) 229-0106
Fax: (346) 202-0230

**TRIVECTA AND ARGO MILL (Via USPS and Email)**
Attn: Jay Matthiesen
2808 Fairmount, Suite 130
Dallas, TX 75201
jmatthi@trivectacapitalgroup.com

              */s/ Vanessa Roman*
              Vanessa Roman, Paralegal