IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  21-cv-01106-RMR-NRN

MIGHTY ARGO CABLE CAR, LLC, a Colorado limited liability company,

Plaintiff,

v.

TRIVECTA CAPITAL GROUP, INC.; ARGO MILL SL LLC; FIRST TITLE, INC.; and SANDRA BACON, an individual; CHRISHEENA SHANTE McGEE a.k.a. CHRISTINA MARIUS, an individual;

Defendants.

MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

Finding good cause, it is hereby **ORDERED** that Plaintiff Might Argo Cable Car, LLC's Motion for Leave to File Second Amended Complaint (Dkt. #58) is **GRANTED.** The proposed Second Amended Verified Complaint (Dkt. #58-2) is accepted for filing as of the date of this Order and shall serve as the operative pleading in this matter.

Given that Defendants Trivecta Capital Group, Inc. and Argo Mill SL LLC have until April 21, 2022 to secure counsel, and in the interest of having a uniform deadline, it is **ORDERED** that the deadline for all defendants to respond to the Second Amended Verified Complaint is May 5, 2022.

It is **FURTHER ORDERED** that Plaintiff's Motion to Amend the Scheduling Order to Extend Deadlines for Discovery Cutoff, Dispositive Motions and Expert Disclosure (Dkt. #59) is **GRANTED.** The deadlines in the Scheduling Order are amended as follows:

- Designation of Experts: May 24, 2022
- Designation of Rebuttal Experts: July 5, 2022
- Discovery Cutoff: July 30, 2022
- Dispositive Motions: August 30, 2022

It is **FURTHER ORDERED** that a telephonic Scheduling Conference/Status Conference is **SET** on May 17, 2022 at 2:00 p.m. The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time.

Date: March 23, 2022