**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-CV-01106-RMR-NRN

MIGHTY ARGO CABLE CAR, LLC,
a Colorado limited liability company

   Plaintiff,

v.

TRIVECTA CAPITAL GROUP, INC; ARGO MILL SL LLC; JAY MATTHIESEN, an individual; TRIVECTA CAPTIAL GROUP, LLC; MINT INTEREST GROUP, LLC; FIRST TITLE, INC., SANDRA BACON, an individual; and CHRISHEENA SHANTE MCGEE a.k.a. Christina Marius, an individual.

   Defendants.

---

**AFFIDAVIT OF NICHOLAS F. LABOR**

---

STATE OF COLORADO   )
            ) ss
CITY AND COUNTY OF DENER )

   I, Nicholas F. Labor, being of sound mind and lawful age, and having first been duly sworn, depose and state as follows:

   1.  This Affidavit is submitted in support of Mighty Argo's Motion for Entry of Clerk's Default and Default Judgment ("Motion for Default") against Trivecta Capital Group, LLC, Mint Interest Group, LLC, Trivecta Capital Group, Inc., and Argo Mill SL, LLC (collectively, the "Defaulting Defendants"). I am over 18 years of age and I am competent to testify to the matters herein.

   2.  I am a Shareholder with the law firm of Robinson Waters & O'Dorisio, P.C., attorneys of record for Plaintiff Mighty Argo Cable Car, LLC ("Mighty Argo").

1

3. This Court has subject matter jurisdiction over Mighty Argo's claims through diversity jurisdiction under 28 U.S.C. §1332, as more particularly alleged in the Verified Second Amended Complaint (ECF 65, ¶10).

4. Venue is proper pursuant to 28 USC §1391(b)(2) as a substantial part of the events and omissions giving rise to Mighty Argo's claims occurred in this judicial district. As it pertains to the Motion for Default, the Defaulting Defendants received Mighty Argo's funds that were stolen from Colorado.

5. On April 6, 2022, the Defaulting Defendants were personally served with the Summons, Second Amended Complaint, and Exhibits.

6. Pursuant to the Court's Order dated March 23, 2022, the Defaulting Defendants had until May 5, 2022 to respond to the Second Amended Complaint. To date, the Defaulting Defendants have not responded to the Second Amended Complaint or otherwise made an appearance.

7. Pursuant to Fed. R. Civ. P. 55(a), 55(b)(1), and D.C.COLO.LCivR 55.1, the Defaulting Defendants are entities, and not minors, incompetent persons or military members.

FURTHER AFFIANT SAYETH NAUGHT.

ROBINSON WATERS & O'DORISIO, P.C.

_____
Nicholas F. Labor

Subscribed and sworn to before me this 16th day of May 2022, by Nicholas F. Labor.

Witness my hand and official seal.

(SEAL)

_____
Notary Public
My Commission Expires: 8/29/22

NINA OLSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20144033996
MY COMMISSION EXPIRES AUGUST 29, 2022

2