**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-CV-01106-RMR-NRN

MIGHTY ARGO CABLE CAR, LLC,
a Colorado limited liability company

   Plaintiff,

v.

TRIVECTA CAPITAL GROUP, INC; ARGO MILL SL LLC; JAY MATTHIESEN, an
individual; TRIVECTA CAPTIAL GROUP, LLC; MINT INTEREST GROUP, LLC;
FIRST TITLE, INC., SANDRA BACON, an individual; and CHRISHEENA SHANTE MCGEE
a.k.a. Christina Marius, an individual.

   Defendants.

---

**ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT**
**AND FOR DEFAULT JUDGMENT**

---

**BEFORE THE COURT** is Plaintiff Mighty Argo Cable Car, LLC's ("Mighty Argo" or

"Plaintiff") Motion for Entry of Clerk's Default and for Default Judgment Against Trivecta Capital

Group, LLC, Mint Interest Group, LLC, Trivecta Capital Group, Inc., and Argo Mill SL, LLC.

Having reviewed the Motion, Affidavits, and Exhibits, being otherwise advised in the premises,

and there being no objection, the Court finds good cause to grant the Motion.

  Accordingly, **IT IS HEREBY ORDERED:**

(a) Plaintiff's Motion is **GRANTED**;

(b) Clerk's Default is **ENTERED** in favor of Plaintiff Mighty Argo and against Defendant

  Trivecta Capital Group, LLC and Defendant Mint Interest Group, LLC for failing to

  respond to the Second Amended Complaint;

(c) Clerk's Default is **ENTERED** in favor of Plaintiff Mighty Argo and against Defendant Trivecta Capital Group, Inc. and Defendant Argo Mill SL, LLC for failing to retain counsel pursuant to the Court's March 22, 2022 Order;

(d) Judgment is **ENTERED** on the Unjust Enrichment claim in Plaintiff Mighty Argo's favor and against Defendant Trivecta Capital Group, LLC and Defendant Mint Interest Group, LLC, jointly and severally, for a total of $168,801.64 including $150,000.00 in actual damages and $18,801.64 in prejudgment interest at 8% from October 21, 2020 through May 16, 2022;

(e) Judgment is **ENTERED** on the Breach of Contract claim in Plaintiff Mighty Argo's favor and against Defendants Trivecta Capital Group, Inc. and Argo Mill SL, LLC, jointly and severally, for a total of $4,886,478.35, including $4,356,532.97 in actual damages and $529,945.38 in prejudgment interest at 8% from November 4, 2020 through May 16, 2022;

(f) In the alternative to the Breach of Contract claim against Defendant Trivecta Capital Group, Inc., judgment is **ENTERED** on the Promissory Estoppel claim in Plaintiff Mighty Argo's favor and against Defendant Trivecta Capital Group, Inc. for a total of including $4,886,478.35, including $4,356,532.97 in actual damages and $529,945.38 in prejudgment interest at 8% from November 4, 2020 through May 16, 2022;

(g) Judgment is **ENTERED** on the Civil Conspiracy claim in Plaintiff Mighty Argo's favor and against Defendant Trivecta Capital Group, Inc. and Trivecta Capital Group, LLC, for a total of including $4,886,478.35, including $4,356,532.97 in actual damages

and $529,945.38 in prejudgment interest at 8% from November 4, 2020 through May

16, 2022;

(h) All judgment amounts awarded hereunder shall accrue interest at 8%, compounded

annually.

**DATED** this __ day of _____, 2022.

BY THE CLERK OF COURT OR THE COURT:


_____
Hon. Regina M. Rodriguez, District Court Judge
Hon. N. Reid Neureiter, District Court Magistrate
Clerk of the Court for the United States District Court for the
District of Colorado