**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-CV-01106-RMR-NRN

MIGHTY ARGO CABLE CAR, LLC,
a Colorado limited liability company

    Plaintiff,

v.

TRIVECTA CAPITAL GROUP, INC; ARGO MILL SL LLC; JAY MATTHIESEN, an individual; TRIVECTA CAPTIAL GROUP, LLC; MINT INTEREST GROUP, LLC; FIRST TITLE, INC., SANDRA BACON, an individual; and CHRISHEENA SHANTE MCGEE a.k.a. Christina Marius, an individual.

    Defendants.

**PLAINTIFF'S MOTION TO STRIKE TRIVECTA CAPITAL GROUP, INC. AND ARGO MILL SL LLC'S ANSWER TO THE FIRST AMENDED COMPLAINT**

Plaintiff Mighty Argo Cable Car, LLC ("Mighty Argo") by and through counsel, Anthony L. Leffert and Nicholas F. Labor of Robinson Waters & O'Dorisio, P.C., files its Motion to Strike Trivecta Capital Group, Inc. and Argo Mill SL LLC's Answer to the First Amended Complaint.

## INTRODUCTION

Defendants Trivecta Capital Group, Inc. ("Trivecta") and Argo Mill SL LLC ("Argo Mill") are legal entities that cannot appear without legal counsel. The Court Ordered Trivecta and Argo Mill to retain counsel within 30 days and they have failed to do so. Mighty Argo requests their Answer to the First Amended Complaint be stricken.[1]

---

[1] **CERTIFICATE OF COMPLIANCE WITH D.C.COLO.LCivR 7.1.** Counsel for Mighty Argo conferred with Jay Matthiesen during a status call regarding the lack of counsel for his entities Trivecta and Argo Mill. Mr. Matthiesen stated he may retain counsel for himself and that such potential counsel may represent one or more of his entities. To date, no counsel has entered an appearance.

1

## BRIEF PROCEDURAL BACKGROUND

On July 15, 2021, Trivecta and Argo Mill, through counsel, filed their Answer to Mighty Argo's First Amended Complaint. (Dkt. 33).

On March 15, 2022, Mighty Argo filed its Motion for Leave to File a Second Amended Complaint against Trivecta and Argo Mill, among other defendants. (Dkt. 58).

On March 22, 2022, this Court granted Daniel W. Glasser and Barry C. Bartel's Motion to Withdraw as counsel for Trivecta and Argo Mill. The Court ordered that "because Defendants Trivecta and Argo Mill are business entities, they are not permitted to appear pro se and must retain counsel. Defendants are permitted 30 days to obtain counsel. If counsel does not appear on behalf of these Defendants within 30 days, pleadings and papers may be stricken[….]" (Dkt. 63).

On March 23, 2022, the Court accepted Mighty Argo's Second Amended Complaint. (Dkt. 64 and 65).

On May 16, 2022, Mighty Argo filed a Motion for Default Judgment against Trivecta and Argo Mill for failing to respond to the Second Amended Complaint. (Dkt. 72). The Motion for Default Judgment remains pending. (Dkt. 72).

To date, Trivecta and Argo Mill have neither retained counsel nor filed an answer to the Second Amended Complaint, and their Answer to the First Amended Complaint remains on the docket. (Dkt. 33).

## MOTION TO STRIKE

To the extent not already obviated by the filing of a Second Amended Complaint (Dkt. 65) or by the pending Motion for Default Judgment (Dkt. 72), Mighty Argo requests this Court strike Trivecta and Argo Mill's Answer to the First Amended Complaint. (Dkt. 33).

Pursuant to the Court's March 22, 2022 Order, Trivecta and Argo Mill had 30 days to retain counsel or "pleadings and papers may be stricken[.]" It has been over 60 days and neither entity has retained counsel.

Colorado courts have long held that a corporation may not appear in court without legal counsel. "In Colorado, a corporation may appear in court only through a licensed attorney." *Woodford Mfg. Co. v. A.O.Q., Inc.*, 772 P.2d 652, 653 (Colo. 1988).; *see also Matter of Estate of Nagel*, 950 P.2d 693, 694 (Colo. App. 1997) ("[A] corporation may appear in a court of record only through an attorney."); *BQP Industries, Inc. v. State Board of Equalization*, 694 P.2d 337, 342 (Colo. App. 1984) ("We agree that a corporation can only appear in court by a licensed attorney and that proceedings instituted in violation of this rule are void."); *Bennie v. Triangle Ranch Co.*, 216 P. 718, 719 (Colo. 1923) ("It is elementary that a corporation can only appear by attorney.").

As such, Mighty Argo requests this Court strike Trivecta and Argo Mill's Answer to the First Amended Complaint.

WHEREFORE, Plaintiff Mighty Argo Cable Car, LLC requests this Court grant Plaintiff's Motion, Stike Trivecta and Argo Mill's Answer to the First Amended Complaint, and for any further relief this Court deems proper.

Respectfully submitted this 1st day of June 2022.

**ROBINSON WATERS & O'DORISIO, P.C.**

*/s/Nicholas F. Labor*
Anthony L. Leffert, #12375
Nicholas F. Labor, #48687
1099 18th Street, Suite 2600
Denver, CO 80202
(303) 297-2600

                                                 (303) 297-2750 (f)
                                                 aleffert@rwolaw.com
                                                 nlabor@rwolaw.com
                                                 *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2022, I delivered a true and correct copy of the foregoing to the following:

Trivecta Capital Group, Inc.
2808 Fairmount St., Suite 130
Dallas, TX 75201

Argo Mill SL LLC
2808 Fairmount St., Suite 130
Dallas, TX 75201

THE DEYON LAW GROUP, PLLC
Derek H. Deyon
440 Louisiana Street, Suite 900
Houston, Texas 77002
ddeyon@deyonlawgroup.com
*Attorney for First Title, Inc. and Sandra Bacon and Chrisheena Shante McGee a.k.a. Christina Marius*

Jay Matthiesen
2808 Fairmount Street, Suite 130
Dallas, TX 75201
jmatthi@trivectacapitalgroup.com

                                        */s/ Nina Olson*
                                        Nina Olson, Paralegal