IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  21-cv-01106-RMR-NRN

MIGHTY ARGO CABLE CAR, LLC, a Colorado limited liability company,

Plaintiff,

v.

TRIVECTA CAPITAL GROUP, INC.; ARGO MILL SL LLC; JAY MATTHIESEN, an individual; TRIVECTA CAPITAL GROUP, LLC; MINT INTEREST GROUP, LLC; FIRST TITLE, INC.; SANDRA BACON, an individual; CHRISHEENA SHANTE McGEE a.k.a. CHRISTINA MARIUS, an individual;

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

      It is hereby ORDERED that Plaintiff's Motion to Strike Trivecta Capital Group, Inc. ("Trivecta Inc.) and Argo Mill SL LLC's ("Argo Mill") Answer to the First Amended Complaint (Dkt. #74) is DENIED. On March 23, 2022, the Court granted leave for Plaintiff to file a Second Amended Complaint and accepted its proposed Second Amended Complaint as the operative pleading in this matter. (Dkt. ##64 & 65.) Defendants Trivecta Inc. and Argo Mill's answer to the First Amended Complaint (Dkt. #33) does not relate to the operative pleading and was already rendered moot by the filing of the Second Amended Complaint. There is no need to strike a moot pleading.

      The Court notes that, to date, Defendants Trivecta Inc. and Argo Mill have failed to respond to the Second Amended Complaint.

Date: June 22, 2022