IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  21-cv-01106-RMR-NRN

MIGHTY ARGO CABLE CAR, LLC, a Colorado limited liability company,

Plaintiff,

v.

TRIVECTA CAPITAL GROUP, INC.; ARGO MILL SL LLC; JAY MATTHIESEN, an individual; TRIVECTA CAPITAL GROUP, LLC; MINT INTEREST GROUP, LLC; FIRST TITLE, INC.; SANDRA BACON, an individual; CHRISHEENA SHANTE McGEE a.k.a. CHRISTINA MARIUS, an individual;

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

      This case is before the Court on Plaintiff's Motion for Entry of Clerk's Default and for Default Judgment against Trivecta Capital Group, LLC, Mint Interest Group, LLC, Trivecta Capital Group, Inc., and Argo Mill SL, LLC (Dkt. #72). It is hereby ORDERED that Plaintiff's counsel shall contact Chambers (303-335-2403) to obtain hearing dates within 7 days of this Order.

Date: July 5, 2022