IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  21-cv-01106-RMR-NRN

MIGHTY ARGO CABLE CAR, LLC, a Colorado limited liability company,

Plaintiff,

v.

TRIVECTA CAPITAL GROUP, INC.; ARGO MILL SL LLC; JAY MATTHIESEN, an individual; TRIVECTA CAPITAL GROUP, LLC; MINT INTEREST GROUP, LLC; FIRST TITLE, INC.; SANDRA BACON, an individual; CHRISHEENA SHANTE McGEE a.k.a. CHRISTINA MARIUS, an individual;

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

Pursuant to communications with Plaintiff's counsel, it is hereby **ORDERED** that a hearing on Plaintiff's Motion for Entry of Clerk's Default and for Default Judgment against Trivecta Capital Group, LLC, Mint Interest Group, LLC, Trivecta Capital Group, Inc., and Argo Mill SL, LLC (Dkt. #78) is **SET** on **August 19, 2022 at 9:00 a.m.**

Plaintiff shall be prepared to present at the Motion Hearing any evidence they deem necessary under Rule 55(b)(2). Therefore, it is **ORDERED** that the following procedures for the evidentiary hearing supplement the Federal Rules of Civil Procedure and the Local Rules of this Court:

1. Exhibit lists. Plaintiff is directed to submit any witness and exhibit lists with the Court on or before August 12, 2022.

2. Exhibit notebooks. Plaintiff shall prepare an exhibit notebook (the parties may use spiral-binding) containing exhibits, properly marked and tabbed, with pages of each exhibit numbered. These notebooks shall be provided to the court, the courtroom deputy, opposing counsel (if any), and to the witness (where relevant). Exhibits with more than one page shall have each page numbered.

3. Special accommodations. One week before the hearing, counsel shall notify my courtroom deputy, Román Villa, of any need for special accommodations for any attorney, party or witness, any need for technological equipment, such as videoconferencing, or equipment needed for the presentation of evidence using electronic means. Mr. Villa is available by email at Roman_Villa@cod.uscourts.gov.

Date: July 8, 2022