IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  21-cv-01106-RMR-NRN

MIGHTY ARGO CABLE CAR, LLC, a Colorado limited liability company,

Plaintiff,

v.

TRIVECTA CAPITAL GROUP, INC.; ARGO MILL SL LLC; JAY MATTHIESEN, an individual; TRIVECTA CAPITAL GROUP, LLC; MINT INTEREST GROUP, LLC; FIRST TITLE, INC.; SANDRA BACON, an individual; CHRISHEENA SHANTE McGEE a.k.a. CHRISTINA MARIUS, an individual;

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

      This case is before the Court on Defendant Jay Matthiesen's Motion for Protective Order (Dkt. #80). It is hereby ORDERED that Plaintiff shall respond to the Motion on or before July 15, 2022. The response shall specifically address conferral efforts, if any, between Plaintiff and Defendant Matthiesen prior to Plaintiff issuing the notice of deposition. No reply is permitted.

      If the parties resolve this dispute prior to the July 15, 2022 response deadline, they shall notify the Court.

Date: July 8, 2022