IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-CV-01106-RMR-NRN

MIGHTY ARGO CABLE CAR, LLC,
a Colorado limited liability company

        Plaintiff,

v.

TRIVECTA CAPITAL GROUP, INC; ARGO MILL SL LLC; JAY MATTHIESEN, an individual; TRIVECTA CAPTIAL GROUP, LLC; MINT INTEREST GROUP, LLC; FIRST TITLE, INC., SANDRA BACON, an individual; and CHRISHEENA SHANTE MCGEE a.k.a. Christina Marius, an individual.

        Defendants.

## JOINT MOTION TO AMEND THE SCHEDULING ORDER TO EXTEND THE DEADLINE FOR DISCOVERY CUTOFF

Plaintiff, Mighty Argo Cable Car, LLC ("Mighty Argo"), by and through counsel, Anthony L. Leffert and Nicholas F. Labor of Robinson Waters & O'Dorisio, P.C., hereby files this Joint Motion to Amend the Scheduling Order to Extend the Deadline for Discovery Cutoff (the "Motion"). In support, Mighty Argo states as follows:

### CERTIFICATE OF COMPLIANCE WITH D.C.COLO.LCIVR 7.1

Undersigned counsel certifies that pursuant to D.C.COLO.LCivR. 7.1(a), he has conferred with all parties who do not oppose and who agree to file this Motion jointly.

### PRELIMINARY STATEMENT

The Parties seek to modify the Scheduling Order to extend the deadline for Discovery Cutoff by one month, through and including August 31, 2022.

## **LEGAL ARGUMENT**

Federal Rule of Civil Procedure 16(b)(4) allows the Court to amend a scheduling order for "good cause." *See* Fed. R. Civ. P. 16(b)(4). "Rule 16(b) does not focus on the bad faith of the movant, or the prejudice to the opposing party." *Colo. Visionary Acad. V. Medtronic, Inc.*, 194 F.R.D. 684, 687 (D. Colo. 2000). Rather, a movant must "show that it has been diligent in attempting to meet the deadlines, which means it must provide an adequate explanation for any delay." *Minter v. Prime Equip. Co.*, 451 F.3d 1196, 1205 n.4 (10th Cir. 2006). This "requirement may be satisfied, for example, if a [movant] learns new information through discovery or if the underlying law has changed." *Gorsuch, Ltd., B.C. v. Wells Fargo Nat'l Bank Ass'n*, 771 F.3d 1230, 1240 (10th Cir. 2014).

Mighty Argo was scheduled to depose defendant Jay Matthiesen on July 8, 2022; however, Mr. Matthiesen filed a Motion for Protective Order on July 7, 2022, automatically staying the deposition. On July 12, 2022, the Court denied Mr. Matthiesen's Motion for Protective Order and ordered that Mr. Matthiesen shall make himself available for his deposition to occur within ten (10) days.

Logistically, Plaintiff's counsel cannot conduct Mr. Matthiesen's deposition within ten (10) days of July 12, 2022. Plaintiff's counsel Nicholas F. Labor has a four (4) day out-of-state arbitration commencing July 25, 2022, and Anthony L. Leffert has been, and is, out-of-state on vacation through July 19, 2022.

Considering the aforementioned scheduling limitations, Mighty Argo seeks to amend the Scheduling Order. Mighty Argo seeks to extend the Discovery Cutoff deadline from July 30, 2022 to August 31, 2022.

The Discovery Cutoff deadline has not passed, and all parties agree to the relief requested herein.

**WHEREFORE,** Plaintiff requests this Court grant its Motion, enter an Order amending the Scheduling Order to extend the deadline for Discovery Cutoff through and including August 31, 2022, and for any further relief this Court deems proper.

Respectfully submitted this 14th day of July 2022.

| Robinson Waters & O'Dorisio, P.C. | The Deyon Law Group, PLLC |
|---|---|
| */s/ Nicholas F. Labor*_____ | */s/ Derek H. Deyon* |
| Anthony L. Leffert, #12375 | Derek H. Deyon |
| Nicholas F. Labor, #48687 | 440 Louisiana Street, Suite 900 |
| 1099 18th Street, Suite 2600 | Houston, Texas 77002 |
| Denver, CO 80202 | ddeyon@deyonlawgroup.com |
| (303) 297-2600 | *Attorney for First Title, Inc., Sandra* |
| (303) 297-2750(f) | *Bacon, and Chrisheena Shante McGee* |
| aleffert@rwolaw.com | *a.k.a. Christina Marius* |
| nlabor@rwolaw.com | |
| *Attorneys for Plaintiff* | |

*/s/ Jay Matthiesen*_____
Jay Matthiesen
2808 Fairmount Street, Suite 130
Dallas, TX 75201
jmatthi@trivectacapitalgroup.com
(214) 455-3340

3

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on this 14th day of July 2022, a true and correct copy of the foregoing Joint Motion to Amend the Scheduling Order to Extend Deadline for Discovery Cutoff was filed with the Clerk of the Court and electronically served on the following via the Court's CM/ECF system:

Jay Matthiesen
2808 Fairmount Street, Suite 130
Dallas, TX 75201
jmatthi@trivectacapitalgroup.com
(214) 455-3340

The Deyon Law Group, PLLC
Derek H. Deyon
440 Louisianna Street, Suite 900
Houston, Texas 77002
ddeyon@deyonlawgroup.com
*Attorney for First Title, Inc., Sandra Bacon,
and Chrisheena Shante McGee a.k.a. Christina Marius*

                                                                            */s/ Nina Olson*
                                                                            Nina Olson, Paralegal