IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  21-cv-01106-RMR-NRN

MIGHTY ARGO CABLE CAR, LLC, a Colorado limited liability company,

Plaintiff,

v.

TRIVECTA CAPITAL GROUP, INC.; ARGO MILL SL LLC; JAY MATTHIESEN, an individual; TRIVECTA CAPITAL GROUP, LLC; MINT INTEREST GROUP, LLC; FIRST TITLE, INC.; SANDRA BACON, an individual; CHRISHEENA SHANTE McGEE a.k.a. CHRISTINA MARIUS, an individual;

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     Finding good cause, it is hereby ORDERED that the Joint Motion to Amend the Scheduling Order to Extend the Deadline for Discovery Cutoff (Dkt. #86) is GRANTED. The Scheduling Order is AMENDED to extend the Discovery Cutoff up to and including August 31, 2022.

Date: July 15, 2022