IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Civil Action No. 21-cv-1106-RMR-NRN

MIGHTY ARGO CABLE CAR, LLC,

    Plaintiff,

v.

TRIVECTA CAPITAL GROUP, INC, et al.,

    Defendants.

---

**ORDER ON MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

    This matter comes before the Court on the Plaintiff's Motion for Partial Summary Judgment, ECF 56. The Plaintiff seeks summary judgment on its first and sixth claims for relief against Defendants First Title, Inc., Sandra Bacon, and Chrisheena McGee (collectively, "First Title Defendants"). The Defendants have not filed a response to the Plaintiff's motion. The Plaintiff has represented that the Defendants indicated during the meet and confer process that they do not intend to respond to the motion. For the reasons that follow, the Plaintiff's motion is **DENIED WITHOUT PREJUDICE.**

    The Plaintiff's claims may implicate the economic loss doctrine, which has not been addressed in the Plaintiff's motion. The Plaintiff is permitted to refile its motion, but it should include a discussion of how the economic loss rule impacts its claims, if at all, including in light of the Colorado Supreme Court's opinion in *Bermel v. BlueRadios, Inc.*, 2019 CO 31. The motion should also address the Plaintiff's request for damages. In particular, the motion should specify what damages the Plaintiff seeks for each of its

asserted claims. With regard to the Plaintiff's request for exemplary damages, the motion should address the availability of exemplary damages for the asserted claims and should specify how the damages should be apportioned among the defendants.

The Plaintiff's motion shall be filed no later than August 12, 2022. The Plaintiff is permitted five additional pages to address the requested information.

DATED:  August 2, 2022

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge