IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01106-NRN

**MIGHTY ARGO CABLE CAR, LLC,**

a Colorado limited liability company, Plaintiff,

v.

**TRIVECTA CAPITAL GROUP, INC.,**
**ARGO MILL SL LLC, JAY MATTHIESON,**
an individual**, TRIVECTA CAPITAL GROUP, LLC,**
**MINT INTEREST GROUP, LLC, FIRST TITLE, INC.,**
**SANDRA BACON**, an individual, and **CHRISHEENA**
**SHANTE MCGEE**, a/k/a Christina Maurius, an individual,

Defendants.

## NOTICE OF ENTRY OF APPEARANCE OF CHRISTINE COLE-BIEDERMAN

**NOW COMES** Christine Cole-Biederman, Esq., who enters her appearance as counsel of record for Defendant Jay Matthiesen individually.

Respectfully submitted this 25th day of August, 2022.

/s/ Christine Cole-Biederman
Christine Cole-Biederman
Texas State Bar no. 04536600
The Law Office of Christine Cole-Biederman
2808 Fairmount Street, Suite 130
Dallas, Texas 75201
Phone: 214-232-2532
Email: christinebiederman@yahoo.com
*Attorney for Defendant Jay Matthiesen, Individually*

## CERTIFICATE OF SERVICE

       This is to certify that a true and correct copy of the above and foregoing Notice of Entry of Appearance of Christine Cole-Biederman was served via electronic mail, via the CM/ECF e-filing system, and also via first class US mail on all parties to this case at their addresses of record, as contained in the records of the US District Court for the District of Colorado, on this the 25th day of August, 2022.

                                                /s/ Christine Cole-Biederman
                                                Christine Cole-Biederman