IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Civil Action No. 21-cv-1106-RMR-NRN

MIGHTY ARGO CABLE CAR, LLC.,

    Plaintiff,

v.

TRIVECTA CAPITAL GROUP, INC., et al.,

    Defendants.

## JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order on Second Motion For Partial Summary Judgment of Judge Regina M. Rodriguez entered on August 30, 2022 [ECF No. 96], it is

ORDERED that judgment is entered in favor of the Plaintiff, on Plaintiff's claim for breach of contract against First Title, Inc., It is

FURTHER ORDERED the judgment is entered in favor of the Plaintiff on Plaintiff's claim for fraudulent concealment against First Title, Inc., Sandy Bacon, and Chrisheena McGee. It is

FURTHER ORDERED Plaintiff is awarded $4,356,532.97 in actual damages against First Title, Inc., Sandy Bacon, and Chrisheena McGee, jointly and severally. It is

FURTHER ORDERED Plaintiff is awarded $4,356,532.97 in exemplary damages against First Title, Inc., Sandy Bacon, and Chrisheena McGee, jointly and severally.

FURTHER ORDERED that Plaintiff shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days after the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 30th day of August, 2022.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ K. Myhaver
K. Myhaver, Deputy Clerk