IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  21-cv-01106-RMR-NRN

MIGHTY ARGO CABLE CAR, LLC, a Colorado limited liability company,

Plaintiff,

v.

TRIVECTA CAPITAL GROUP, INC.; ARGO MILL SL LLC; JAY MATTHIESEN, an individual; TRIVECTA CAPITAL GROUP, LLC; MINT INTEREST GROUP, LLC; FIRST TITLE, INC.; SANDRA BACON, an individual; CHRISHEENA SHANTE McGEE a.k.a. CHRISTINA MARIUS, an individual;

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

This matter is before the Court on Defendant Jay Matthiesen's Motion to Amend Scheduling Order to Extend Deadlines, referred by Judge Regina M. Rodriguez (Dkt. #98).

It is hereby **ORDERED** that Plaintiff shall respond to the Motion on or before September 19, 2022. No written reply is permitted.

It is further **ORDERED** that a Motion Hearing is **SET** on **September 21, 2022 at 2:00 p.m.** before Magistrate Judge N. Reid Neureiter in Courtroom C203, Second Floor, Bryon N. Rogers U.S. Courthouse, 1929 Stout Street, Denver, CO 80294. The parties shall be prepared to argue their respective positions concerning the Dkt. #98.

If this date and time is not practicable for the parties, they shall <u>jointly</u> contact my chambers at (303) 335-2403 to reset the Motion Hearing. Further, the Court will entertain a request to appear by telephone if such request is made by motion and received on or before September 16, 2022.

Date: September 13, 2022