IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 21-cv-01106-RMR-NRN | Date: September 21, 2022 |
| Courtroom Deputy: Román Villa | FTR: Courtroom C203 |

<u>Parties:</u>                                                           <u>Counsel:</u>

MIGHTY ARGO CABLE CAR, LLC, a Colorado                Nick Labor
limited liability company,

    Plaintiff,

v.

TRIVECTA CAPITAL GROUP, INC.;
ARGO MILL SL LLC;
JAY MATTHIESEN, an individual;                        Christine Biederman
TRIVECTA CAPITAL GROUP, LLC;
MINT INTEREST GROUP, LLC;
FIRST TITLE, INC.;                                    Derek Deyon
SANDRA BACON, an individual;
CHRISHEENA SHANTE McGEE a.k.a.
CHRISTINA MARIUS, an individual;

    Defendants.

## COURTROOM MINUTES

**MOTION HEARING**

**1:55 p.m.**     **Court in session.**

Court calls case. Appearances of Counsel. Mr. Deyon did not appear. Preliminary remarks by the Court.

This matter is before the Court regarding Defendant Jay Matthiesen's Motion to Amend Scheduling Order to Extend Deadlines (Dkt. #98).

Arguments by counsel.

For the reasons stated on the record, it is

**ORDERED:**   Defendant Jay Matthiesen's Motion to Amend Scheduling Order to Extend Deadlines (Dkt. #98) is TAKEN UNDER ADVISEMENT. The Court will issue a written order in due course.

**2:31 p.m.      Court in recess.**

Hearing concluded.
Total in-court time:   00:36

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.