**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Regina M. Rodriguez**

Civil Action No. 21-cv-1106-RMR-NRN

MIGHTY ARGO CABLE CAR, LLC,

    Plaintiff,

v.

TRIVECTA CAPITAL GROUP, INC, et al.,

    Defendants.

────────────────────────────────────────────────────

**ORDER ADOPTING MAGISTRATE JUDGE RECOMMENDATION**

────────────────────────────────────────────────────

This matter comes before the Court on the Recommendation of Magistrate Judge Neureiter, filed on September 9, 2022, ECF 100. Magistrate Judge Neureiter recommends granting the Plaintiff's Moton for Default Judgment against Defendants Trivecta Capital Croup, LLC, Mint Interest Group, LLC, Trivecta Capital Group, Inc., and Argo Mill SL, LLC, filed at ECF 72. No party has objected to the Magistrate Judge's Recommendation.

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate. *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings"). In this matter, the Court has reviewed the Recommendation

to satisfy itself that there is "no clear error on the face of the record."[1] Fed. R. Civ. P. 72(b), Advisory Committee Notes. Based on this review, the Court has concluded that the Recommendation is a correct application of the facts and the law. Even if the Court were to consider the issue de novo, the Court agrees with the Recommendation and finds that it accurately sets forth and applies the appropriate legal standard.

Accordingly, it is **ORDERED** that:

1. The Recommendation, ECF 100, is **ACCEPTED and ADOPTED** in its entirety;

2. The Plaintiff's Motion for Default Judgment, ECF 72, is **GRANTED**;

3. Judgment should enter in favor of the Plaintiff

    a. on its claim for unjust enrichment against Defendants Trivecta Capital Group, LLC and Mint Interest Group, LLC, jointly and severally, for a total of $168,801.64 including $150,000.00 in actual damages and $18,801.64 in prejudgment interest at 8% from October 21, 2020 through May 16, 2022;

    b. on its claim for breach of contract against Defendants Trivecta Capital Group, Inc. and Argo Mill SL, LLC, jointly and severally, for a total of $4,886,478.35, including $4,356,532.97 in actual damages and $529,945.38 in prejudgment interest at 8% from November 4, 2020 through May 16, 2022;

    c. on its claim for civil conspiracy against Defendant Trivecta Capital Group, Inc and Trivecta Capital Group, LLC for a total of for a total of

---

[1] This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review. Fed R. Civ. P. 72(b).

$4,886,478.35, including $4,356,532.97 in actual damages and $529,945.38 in prejudgment interest at 8% from November 4, 2020 through May 16, 2022; and

    d.  for post-judgment interest.

DATED:  September 23, 2022

BY THE COURT:

_____

REGINA M. RODRIGUEZ
United States District Judge