# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Regina M. Rodriguez

Civil Action No. 21-cv-1106-RMR-NRN

MIGHTY ARGO CABLE CAR, LLC

    Plaintiff,

v.

TRIVECTA CAPITAL GROUP, INC., et al.,

    Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 55(b) and the Order Adopting Magistrate Judge Recommendation [ECF 106] entered by United States District Judge Regina M. Rodriguez on September 23, 2022, it is

ORDERED that default judgment is entered in favor of the Plaintiff, Mighty Argo Cable Car, LLC, as follows:

1. On its claim for unjust enrichment against Defendants Trivecta Capital Group, LLC and Mint Interest Group, LLC, jointly and severally, for a total of $168,801.64 including $150,000.00 in actual damages and $18,801.64 in prejudgment interest at 8% from October 21, 2020 through May 16, 2022.

2. On its claim for breach of contract against Defendants Trivecta Capital Group, Inc. and Argo Mill SL, LLC, jointly and severally, for a total of $4,886,478.35, including $4,356,532.97 in actual damages and $529,945.38 in prejudgment interest at 8% from November 4, 2020 through May 16, 2022.

3. on its claim for civil conspiracy against Defendant Trivecta Capital Group, Inc

and Trivecta Capital Group, LLC for a total of for a total of $4,886,478.35, including $4,356,532.97 in actual damages and $529,945.38 in prejudgment interest at 8% from November 4, 2020 through May 16, 2022; and

4. For post-judgment interest. It is

FURTHER ORDERED that Plaintiff shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days after the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 23rd day of September, 2022.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/K. Myhaver
K. Myhaver
Deputy Clerk