Case 1:21-cv-01106-RMR-NRN   Document 100   Filed 10/02/22   USDC Colorado   Page 1 of 1

AO 133(Rev. 12/09)  Bill of Costs
USDC Colo. Version – (Rev. (10/01/2020))

## BILL OF COSTS

| United States District Court | DISTRICT | DISTRICT OF COLORADO |
|---|---|---|

Mighty Argo Cable Car, LLC

v.

Trivecta Capital Group, Inc., Argo Mill SL LLC, Jay Matthiesen, Trivecta Capital Group, LLC, Mint Interest Group, LLC, Fist Title, Inc., Sandra Bacon, Chrisheena McGee

DOCKET NO.

CASE NO.  1:21-CV-01106-RMR-NRN

Judgment having been entered in the above entitled action on **September 23, 2022**

against **Trivecta Capital Group, Inc., Trivecta Capital Group, LLC, Argo Mill SL LLC, and Mint Interest Group, LLC** the clerk is requested to tax the following as costs:

### BILL OF COSTS

| | |
|---|---|
| Fees of the clerk | $ 1,277.00 |
| Fees for service of summons and complaint | $ 489.60 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ |
| Fees and disbursements for printing | $ |
| Fees for witnesses (itemized on reverse side) | $ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ 88.60 |
| Docket fees under 28 U.S.C. § 1923 | $ |
| Costs incident to taking of depositions | $ 3,377.90 |
| Costs as shown on Mandate of Court of Appeals | $ |
| Other costs (Please itemize) | $ |

FILED UNITED STATES DISTRICT COURT DENVER, COLORADO OCT. 12, 2022 JEFFREY P. COLWELL, CLERK

**Please review and comply with D.C.COLO.LCivR 54.1**

**(See Notice section on reverse side)**

TOTAL  $  5,233.10

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney  /s/ Nicholas F. Labor

Print Name  Nicholas F. Labor   Phone Number  303-297-2600

For:  Mighty Argo Cable Car, LLC   Date  10/7/2022
Name of Claiming Party

Please take notice that I will appear before the Clerk who will tax said costs on the following day and time:

Date and Time  10/27/2022 at 9:30 a.m.

Costs are hereby taxed in the following amount and included in the judgment:

Amount Taxed $  **$0.00**

(BY) DEPUTY CLERK  **s/Ashley V. Sheehan**

CLERK OF COURT
JEFFREY P. COLWELL

DATE:  **OCT. 12, 2022**

**Clerk's note: Costs NOT Taxed by Clerk. The Clerk declines to award costs and vacates the proposed hearing date under local rule LCivR 54.1, as a final judgment has not been entered in this case.**