(C.R.C.P. No. 32: Rev 10/12)

Case Number: 1:21-CV-01106-RMR-NRN

## WRIT OF GARNISHMENT - JUDGMENT DEBTOR OTHER THAN NATURAL PERSON

MIGHTY ARGO CABLE CAR, LLC,
a Colorado limited liability company

        Plaintiff,

v.

TRIVECTA CAPITAL GROUP, INC; ARGO MILL SL LLC; JAY MATTHIESEN, an individual; TRIVECTA CAPTIAL GROUP, LLC; MINT INTEREST GROUP, LLC; FIRST TITLE, INC., SANDRA BACON, an individual; and CHRISHEENA SHANTE MCGEE a.k.a. Christina Marius, an individual.

        Defendants.

Judgment Debtor's name, last known address, other identifying information: FIRST TITLE, INC.
10109 MINDY CT,
FREDERICKSBURG, VA, 22408

| | | |
|---|---|---|
| 1. Original Amount of Judgment Entered | August 30, 2022 (Date) | $8,713,065.94 |
| 2. Plus any interest Due on Judgment | ( 8 % per annum) | + $211,978.15 |
| 3. Taxable Costs (including estimated cost of service of this Writ) | | + $1881.30 (costs taxed plus est. cost of service) |
| 4. Less any Amount Paid | | - $0.00 |
| 5. Principal Balance/Total Amount Due and Owing | | = $8,926,925.39 |

I affirm that I am authorized to act for the Judgment Creditor and this is a correct statement as of December 19, 2022 (Date)

Subscribed under oath before me on 12/23/2022 (Date)

_/s/ Dawn Meek_
Notary Public or Deputy Clerk

My Commission Expires: 4/25/2025

DAWN G MEEK
Notary Public
State of Colorado
Notary ID # 20054016422
My Commission Expires 04-25-2025

Mighty Argo Cable Car, LLC
Print Judgment Creditor's Name

Address: 1431 Miner St., Idaho Springs, CO 80452

By: /s/ Nicholas F. Labor
Robinson Waters & O'Dorisio, P.C.
1099 18th Street, Suite 2600
Denver, CO 80202-1926
Phone Number: 303-297-2600
Counsel for Judgment Creditor

## WRIT OF GARNISHMENT

    THE PEOPLE OF THE STATE OF COLORADO to the Sheriff of any Colorado County, or to any person over the age of 18 years who is not a party to this action:

    You are directed to serve a copy of this Writ of Continuing Garnishment upon   WELLS FARGO,
Garnishee, with proper return of service to be made to the Court.

TO THE GARNISHEE:
YOU ARE HEREBY SUMMONED AS GARNISHEE IN THIS ACTION AND ORDERED:
a.   To answer the following questions under oath and file your answers with the Clerk of Court (AND to mail a completed copy with your answers to the Judgment Creditor or attorney when a stamped envelope is attached) within 10 days following service of this Writ upon you. **YOUR FAILURE TO ANSWER THIS WRIT WITH NOTICE MAY RESULT IN THE ENTRY OF DEFAULT AGAINST YOU.**
b.   To hold pending court order any personal property owed to or owned by the Judgment Debtor and in your possession or control on the date and time this Writ was served upon you.

YOU ARE NOTIFIED:
a.   This Writ with Notice applies to all personal property owed to or owned by the Judgment Debtor and in your possession or control as of the date and time this Writ was served upon you.
b.   In no case may you withhold any personal property greater than the amount on Line 5 on the front of this Writ unless the personal property is incapable of

|      | being divided. |
|------|---|
| c.   | MAKE CHECKS PAYABLE AND MAIL TO the Judgment Creditor's Attorney at the address below: |

Name: Robinson Waters & O'Dorisio, P.C.

Address: 1099 18th Street, Suite 2600, Denver, CO 80202

**Please Put the Case Number (Above) on the Front of the Check.**

d. If you are ordered to pay funds to the Court, tender your check for the amount PAYABLE TO:

**Clerk of the United States District Court at 901 19th Street, Room A-105, Denver Colorado 80294-3589**

CLERK OF THE COURT: Jeffrey P. Colwell    By: _____
901 19th Street, Room A-105    Deputy Clerk
Denver, Colorado 80294-3589    Date: _____
(303) 844-3433

The following questions MUST be answered by you under oath:

a. On the date and time this Writ was served upon you, did you possess or control any personal property of the Judgment Debtor or did you owe any rents, payments, obligations, debts or money's to the Judgment Debtor?
   YES    NO

b. If "YES", list all items of personal property and their location(s) and/or describe the nature and amount of the debt or obligation: (Attach additional pages if necessary):

_____

c. Do you claim and setoff against and property, debt of obligation listed above?
   YES    NO

d. If you said "YES" to question (c) describe the nature and amount of the setoff claimed:  (Attach additional pages if necessary)

_____

I affirm that I am authorized to act for the Garnishee and the above answers are true and correct:
Subscribed under oath before me on _____     _____
                                         (Date)                      Name of Garnishee

Notary Public or Deputy Clerk _____    Address: _____

My Commission Expires: _____    Phone: _____

Name of Person Answering (print): _____

Signature of Person Answering: _____

## RETURN OF SERVICE

STATE OF COLORADO                                    _____ County of _____

I, _____, affirm that I have served a copy of the Writ of Garnishment on _____

_____ (date) at _____ (time), by _____.

Subscribed under oath before me on _____.
                                                                    _____
                                                                            Signature
_____    My Commission Expires: _____    Service Fee $ _____
Notary Public